Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ADELAIDE E. O'MEARA, Respondent, v. NICHOLAS BETJEMAN (Formerly Known, etc.) and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM M. HOES, as Public Administrator of the County of New York, as Administrator, etc., of EDWARD BREWIS, Deceased, Respondent, v. LAWSON PURDY and Others, Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ISAAC HEINEMAN, Doing Business under the Firm Name and Style of HEINEMAN BROS., in Behalf of Himself and All Other Creditors of IVAN JOSLIN, Appellant, v. IVAN JOSLIN and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM BERENSMANN, Respondent, v. PETER WEBER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MARY ISABELLE NEILSON, Respondent, v. ELLA REALTY COMPANY, INC., a Domestic Corporation, and Another, Appellants.— Order modified so as to permit defendants to serve amended answers setting up as separate defenses the matters now referred to in paragraphs 16 to 21 inclusive, and to incorporate in each separate defense such specific, not general, denials as may be necessary to pleading that defense; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDNA P. JENKINS, Respondent, v. EDWIN H. PECK, Appellant.— Interlocutory judgment modified by providing that the final judgment shall require plaintiff, on payment of the amount awarded to her thereby, to deliver to defendant assignments of the bonds and mortgages and deeds of the premises, conveying the title she received free from any lien or incumbrance created or placed thereon by her, and as so modified affirmed, with costs to respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Philbin, JJ.

In the Matter of CHARLES A. SMYTHWICK, an Attorney.— Respondent's motion to reopen hearing before the referee and take further testimony denied. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CLEF CLUB OF THE CITY OF NEW YORK, Respondent, v. FREDERICK W. JOHNSON and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE GALVESTON, HARRISBURG AND SAN ANTONIO RAILWAY COMPANY, Respondent, v. E. I. DU PONT DE NEMOURS POWDER COMPANY, Appellant.—